```
Mon May 14 14:05:45 2007

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.     100 434298
Cashier           em1

Check Number:  1130

DO Code    Div No
4661         1

Sub Acct Type Tender         Amount
1:510000   H     2           190.00
2:086900   H     2            60.00
3:086400   H     2           100.00

Total Amount        $        350.00

STEVEN SCHLETKER

1:07CV376 COMPLAINT
```