

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

2009 FEB 18 PM 3: 25

| | | |
|---|---|---|
| CHRISTOPHER WOODS, | : | Case No. 1:07-cv-00376 |
| Plaintiff, | : | (Beckwith, J.; Hogan, M.J.) |
| v. | : | |
| EXCELL MARINE CORPORATION, | : | |
| Defendant. | : | |

## ORDER

This day came Plaintiff, Christopher Woods, in person and by his attorney, and came Defendant, Excell Marine Corporation by and through its attorney, pursuant to the Joint Petition for Leave to Compromise and settle the claim of Plaintiff herein. This Court, being fully advised of the terms of the settlement and having heard from Plaintiff, approves the settlement finding it fair in all respects and further finding Plaintiff to have entered into the Settlement Agreement freely, without deception or coercion, and with an adequate understanding of his medical condition and legal rights.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the compromise and settlement of this action pursuant to the Petition of Plaintiff is approved and this case is hereby dismissed, with prejudice to future action, each party to bear its own costs.

ENTERED this 18th day of February, 2009.

_____
~~Chief~~ Judge Sandra S. Beckwith
SENIOR